**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:                                                                Case No:   06-54292

ROBIN L PROTHRO
10695 SYCAMORE RD                                                Judge:     John E. Hoffman Jr.
MT VERNON, OH  430508566


SSN(S):     XXX-XX-1963


**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:  April 14, 2010                          /s/ Frank M. Pees
                                                _____
                                                Frank M. Pees
                                                Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| Bankcard Services<br>PO Box 4499<br>Beaverton, OR  97076 | 15.45 |